DANIEL J. BRODERICK, #89424
Federal Defender
Linda Harter, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANDREA S. MOON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SHIRLEY ANN WESTBROOKS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-0430 DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | AND RESET TRIAL CONFIRMATION AND |
| | ) | JURY TRIAL DATES |
| SHIRLEY ANN WESTBROOKS, | ) | |
| | ) | |
| Defendant. | ) | Date:   January 17, 2012 |
| | ) | February 13, 2012 |
| _____ | ) | Time:   10:00 a.m. |
| | | Judge:  Hon. Dale A. Drozd |

The United States of America, through Christopher Hales, Special

Assistant United States Attorney, together with defendant, Shirley Ann

Westbrooks, by counsel Linda Harter, Chief Assistant Federal Defender,

stipulate to vacate the trial confirmation hearing set for December 27,

2011 at 10:00 am and the jury trial set for January 9, 2012 at 10:00 am

and reset the trial confirmation hearing for January 17, 2012 at 10:00

1  am, and the jury trial for February 13, 2012 at 10:00 am.  Certified

2  law student Andrea Moon, assisting in the representation of the

3  defendant, Shirley Ann Westbrooks, has a pre-paid vacation out of the

4  Sacramento area during the holiday season.  Ms. Westbrooks has been

5  made aware, and is in agreement, with the proposed dates.  Time is to

6  be excluded under local rule T4 as the ends of justice served by

7  granting the continuance outweigh the best interests of the public and

8  the defendant in a speedy trial.  A continuance of both dates is also

9  appropriate for the benefit of the defendant's continuity of counsel

10 under §3161(h)(7)(B)(iv) of the United States Code Annotated.

11 Dated:  November 28, 2011

                              Respectfully submitted,

12
                              DANIEL J. BRODERICK
13                            Federal Defender

14

15                            /s/ Linda Harter
                              LINDA HARTER
16                            Assistant Federal Defender
                              Attorney for Defendant
17                            SHIRLEY ANN WESTBROOKS

18

19 Dated: November 28, 2011   BENJAMIN B. WAGNER
                              United States Attorney
20

21                            /s/ Christopher Hales
                              Christopher Hales
22                            Special Assistant U.S. Attorney

23                       ORDER

24 IT IS SO ORDERED.

25 DATED: November 28, 2011.

26

27 dad1.crim
   westbrooks0430.stipord.contdates
28                            DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER  -2-